

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN ELISABETH GRIFFIN,<br><br>   Plaintiff,<br>v.<br><br>VENTURA MILITARY BASE<br>(LAWRENCE R. VASQUEZ); et al.,<br><br>   Defendants. | No. C15-00643 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

In this just-filed action, plaintiff moves for an "Emergency Temporary Restraining Order." Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, the Clerk of the Court shall promptly reassign this case to a district judge. *See* 28 U.S.C. § 636.

**IT IS SO ORDERED.**

Dated: February 11, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE