1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12    CAROLYN ELIZABETH GRIFFIN,          Case No. 15-CV-00643-LHK

13                   Plaintiff,            **ORDER DENYING APPLICATION FOR**
                                           **TEMPORARY RESTRAINING ORDER**
14            v.

15    VENTURA MILITARY BASE, et al.,

16                   Defendants.

17

18          Plaintiff has failed to comply with the procedural requirements for filing a temporary

19    restraining order, which mandate that a plaintiff either give notice to opposing counsel or party, or

20    certify in writing efforts made to give notice and the reasons why it should not be required.  *See*

21    Fed. R. Civ. P. 65(b)(1); Civ. L. R. 65-1(b).  Accordingly, the Court hereby DENIES Plaintiff's

22    Application for a Temporary Restraining Order, as well as Plaintiff's request for an emergency

23    hearing date.  *See* ECF Nos. 6, 8.  Pursuant to the Clerk's Notice issued on March 23, 2015, ECF

24    No. 33, all of Plaintiff's pending motions and requests and the initial case management conference

25    are set for hearing before the Court on August 13, 2015, at 1:30 p.m.

26          The Court refers Plaintiff to the Federal Legal Assistance Self-Help Center ("FLASH") at

27    the San Jose Courthouse for assistance.  Plaintiff can reach FLASH at 408-297-1480, Monday

28

Case No. 15-CV-00643-LHK
ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER

United States District Court
Northern District of California

1  through Wednesday from 9:30 a.m. to 4:30 p.m.

2  **IT IS SO ORDERED.**

3

4  Dated: March 30, 2015

5  _____

6  LUCY H. KOH
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 15-CV-00643-LHK
ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER