UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN ELIZABETH GRIFFIN,

    Plaintiff,

    v.

VENTURA MILITARY BASE, et al.,

    Defendants.

Case No. 15-cv-01803-EDL

**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to Griffin v. Ventura Military Base, et al., 15-cv-00643-LHK.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge