**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN ELIZABETH GRIFFIN, ) | Case No.: 15-CV-00643-LHK |
| ) | |
| Plaintiff, ) | **ORDER REGARDING EX PARTE** |
| v. ) | **COMMUNICATIONS** |
| ) | |
| VENTURA MILITARY BASE, et al., ) | |
| ) | |
| Defendants. ) | |
| ———————————————————— ) | |

On Monday, May 4, 2015, Plaintiff emailed the attached correspondence to the Court via the Courtroom Deputy's email address, LHKCRD@CANDUSCOURTS.GOV. This is an ex parte communication with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such. The only email communications that the parties or other interested individuals are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All substantive issues must be discussed in filings.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1