UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN ELIZABETH GRIFFIN, ) | Case No.: 15-CV-00643-LHK |
| ) | |
| Plaintiff, ) | **ORDER REGARDING EX PARTE** |
| v. ) | **COMMUNICATIONS** |
| ) | |
| VENTURA MILITARY BASE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On Wednesday, July 29, 2015, Plaintiff emailed the attached correspondence to the Court via the Courtroom Deputy's email address, LHKCRD@CAND.USCOURTS.GOV. This is an ex parte communication with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

*Griffin v. Ventura Military Base, et al.*, 15-CV-00643-LHK, was closed on July 22, 2015, pursuant to the Order Denying Plaintiff's Pending Motions and Dismissing Plaintiff's Complaints with Prejudice (ECF No. 74)[1].

The Court refers Plaintiff to Chapter 20 of the Federal Pro Se Handbook, which is available online at http://www.cand.uscourts.gov/prosehandbook. The Court also refers Plaintiff to the Pro

---

[1] The Order also dismissed with prejudice *Griffin v. Ventura Military Base, et al.*, Case No. 5:15-CV-01803-LHK, and *Griffin v. Ventura Military Base, et al.*, Case No. 5:15-CV-01914-LHK.

1
Case No: 15-CV-00643-LHK
ORDER REGARDING JULY 29, 2015 COMMUNICATION WITH THE COURT

Se information that is available on the web page of the Ninth Circuit Court of Appeals: http://www.ca9.uscourts.gov/open_case_prose/.

**IT IS SO ORDERED.**

Dated: August 3, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge